# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com



Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

April 11, 2024

Honorable ~~Judith McCarthy~~ Victoria Reznik
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    United States v. Shevah Yarde
                  Mag. No.: 7:23-MJ-00658

Dear Judge ~~McCarthy~~ Reznik:

      I was assigned pursuant to the Criminal Justice Act to represent Shevah Yarde in the above-referenced matter.

      I respectfully request authorization to appoint Latasha Forbes, Mitigation Specialist, be assigned to the above-referenced case. Ms. Forbes would assist me with preparation of a mitigation memo.

      I am requesting up to 50 hours at the rate of $125.00 per hour, as per the presumptive hourly rate listed in the CJA Policy and Procedure Manual for professional expert services. Attached is her resume for your review.

      I thank the Court for its consideration of this request.

                              Best regards,

                              */s/ Samuel M. Braverman*

                              Samuel M. Braverman

SMB
Attachment

**APPLICATION GRANTED**

*/s/ Victoria Reznik*

Hon. Victoria Reznik, U.S.M.J.
April 12, 2024